# EXHIBIT A

# DALLAS COUNTY, TEXAS COURTS PORTAL

Home | I'm finished

**Smart Search** | **Search Results** | **Details**



## DC-16-07609 - ADVANCED PHYSICIANS, S.C. vs. CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al

### Case Information

Case Number: DC-16-07609
File Date: 06/23/2016
Case Status: OPEN

Court: 116th District Court
Case Type: CNTR CNSMR COM DEBT

### Party Information

PLAINTIFF : ADVANCED PHYSICIANS, S.C.
Address:
  6200 SAVOY DR., SUITE, 150
  HOUSTON TX 77036

Active Attorneys ▼
  Lead Attorney:
    **WEBSTER, JASON**
  Retained
  Work Phone: 713-581-3900
  Fax Phone: 713-581-3907

DEFENDANT : CONNECTICUT GENERAL LIFE INSURANCE COMPANY

DEFENDANT : CIGNA HEALTH AND LIFE INSURANCE COMPANY

DEFENDANT : CIGNA HEALTHCARE MANAGEMENT, INC.
Address:
  BY SERVING ITS REGISTERED AGENT CT CORPORATION
  1999 BRYAN ST STE 900
  DALLAS TX 75201

DEFENDANT : GREAT-WEST HEALTHCARE-CIGNA

DEFENDANT : NATIONAL CARE NETWORK, LLC
  Aliases:
  *DBA* DATA ISIGHT
Address:
  BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY
  211 E 7TH ST STE 620
  AUSTIN TX 78701-3218

DEFENDANT : DATA ISIGHT

DEFENDANT : MULTIPLAN, INC
Address:

BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
DBA CSC-LAWYERS INCORPORATING
SERVICE COMPANY
211 E 7TH ST STE 620
AUSTIN TX 78701-3218

---

DEFENDANT : NATIONAL CARE NETWORK LLC
Address:
BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
DBA CSC-LAWYERS INCORPORATING
SERVICE COMPANY
211 E 7TH ST STE 620
AUSTIN TX 78701-3218

## Other Events and Hearings Information

06/23/2016 NEW CASE FILED (OCA) - CIVIL
06/23/2016 ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION

Comment: PETITION

06/23/2016 JURY DEMAND
06/23/2016 ISSUE CITATION
- ISSUE CITATION
- ISSUE CITATION
- ISSUE CITATION
- ISSUE CITATION

06/23/2016 ISSUE CITATION COMM OF INS OR SOS
- ISSUE CITATION COMM OF INS OR SOS
- ISSUE CITATION COMM OF INS OR SOS

- 🔍 ISSUE CITATION COMM OF INS OR SOS
- 🔍 ISSUE CITATION COMM OF INS OR SOS

### 06/24/2016 AMENDED PETITION ▼

- 🔍 First Amended Petition.pdf

Comment: PLAINTIFF'S FIRST AMENDED PETITION

### 06/28/2016 CITATION ▼

| | |
|---|---|
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Actual Server: **PRIVATE PROCESS SERVER** | Returned: **07/27/2016** |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Actual Server: **OUT OF COUNTY** | Returned: **07/27/2016** |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Actual Server: **OUT OF COUNTY** | Returned: **07/27/2016** |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |

### 06/28/2016 CITATION SOS/COI/COH/HAG ▼

| | |
|---|---|
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Actual Server: **OUT OF COUNTY** | Returned: **07/27/2016** |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Actual Server: **OUT OF COUNTY** | Returned: **07/27/2016** |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Actual Server: **OUT OF COUNTY** | Returned: **07/27/2016** |
| Anticipated Server: **ATTORNEY** | Anticipated Method: |
| Actual Server: **OUT OF COUNTY** | Returned: **07/27/2016** |

Comment: SOS

### 07/21/2016 CITATION ISSUED ▼

- 🔍 DC-16-07609 1.pdf
- 🔍 DC-16-07609 1 2.pdf

### 07/21/2016 CITATION ▼

Anticipated Server: ATTORNEY      Anticipated Method:

Actual Server: OUT OF COUNTY      Returned: 07/27/2016

Comment: ISSUED BY DO

### 07/27/2016 RETURN OF SERVICE ▼

🔍 RETURN OF SERVICE

Comment: CIGNA HEALTHCARE MANAGEMENT INC

### 07/27/2016 RETURN OF SERVICE ▼

🔍 RETURN OF SERVICE

Comment: GREAT-WEST HEALTHCARE - CIGNA

### 07/27/2016 RETURN OF SERVICE ▼

🔍 RETURN OF SERVICE

Comment: DATA ISIGHT

### 07/27/2016 RETURN OF SERVICE ▼

🔍 CIGNA HEALTH AND LIFE INS CO-2016.07.157488e.pdf

Comment: CIGNA HEALTH AND LIFE INS CO

### 07/27/2016 RETURN OF SERVICE ▼

🔍 CONNECTICUT GENERAL-2016.07.157485e.pdf

Comment: CONNECTICUT GENERAL LIFE INS CO

### 07/27/2016 RETURN OF SERVICE ▼

🔍 MULTIPLAN INC--2016.07.157518e.pdf

Comment: MULTIPLAN INC

### 07/27/2016 RETURN OF SERVICE ▼

🔍 7/21/16NATIONAL CARE NETWORK LLC

Comment: NATIONAL CARE NETWORK LLC

### 07/27/2016 RETURN OF SERVICE ▼

🔍 6/28/16NATIONAL CARE NETWORK LLC

Comment: NATIONAL CARE NETWORK LLC

## Financial Information —

ADVANCED PHYSICIANS, S.C.

| | |
|---|---:|
| Total Financial Assessment | $575.00 |
| Total Payments and Credits | $575.00 |

6/24/2016   Transaction Assessment

6/24/2016   CREDIT CARD - TEXFIL…   Receipt # 39699-2016-D…   ADVANCED PH

## Documents

- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- ORIGINAL PETITION
- First Amended Petition.pdf
- ISSUE CITATION
- ISSUE CITATION
- ISSUE CITATION
- ISSUE CITATION
- ISSUE CITATION COMM OF INS OR SOS
- ISSUE CITATION COMM OF INS OR SOS
- ISSUE CITATION COMM OF INS OR SOS
- ISSUE CITATION COMM OF INS OR SOS
- DC-16-07609 1.pdf
- DC-16-07609 1 2.pdf
- CIGNA HEALTH AND LIFE INS CO-2016.07.157488e.pdf
- CONNECTICUT GENERAL-2016.07.157485e.pdf
- MULTIPLAN INC--2016.07.157518e.pdf
- DATA ISIGHT - CITATION SOS/COI/COH/HAG
- RETURN OF SERVICE
- RETURN OF SERVICE
- GREAT-WEST HEALTHCARE-CIGNA - CITATION SOS/COI/COH
- CIGNA HEALTHCARE MANAGEMENT, INC. - CITATION

- RETURN OF SERVICE
- 7/21/16 NATIONAL CARE NETWORK LLC
- 6/28/16 NATIONAL CARE NETWORK LLC

© 2016 Tyler Technologies

https://courtsportal.dallascounty.org/DALLASPROD/Home/WorkspaceMode?p=0[8/10/2016 3:24:05 PM]