UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADVANCED PHYSICIANS, S.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-2355-G |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff's joint motion to dismiss defendants National Care Network, LLC, Data Isight, National Care Network, LLC d/b/a Data Isight and Multiplan, Inc. (docket entry 46) is **GRANTED**.

It is hereby **ORDERED** that all claims made or filed by plaintiff against National Care Network, LLC, Data Isight, National Care Network, LLC d/b/a Data Isight and MULTIPLAN, Inc. in this action are **DISMISSED** without prejudice.  Each party shall bear its own attorneys' fees and other fees, costs, and expenses and waives all rights of appeal and other judicial review.

February 15, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**