UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADVANCED PHYSICIANS, S.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-2355-G |
| CONNECTICUT GENERAL LIFE | ) | |
| INSURANCE COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED SCHEDULING ORDER**

The court is in receipt of the parties' joint status report (docket entry 205). Upon consideration of the joint status report and the fact that the defendants disclosed approximately 101 new documents to the plaintiff on April 7, 2020, the court **ORDERS** as follows:

1. All motions and objections currently pending in this case are hereby **DENIED** as moot, subject to the parties' refiling of such.

2. Discovery in this case is hereby **REOPENED**. By **July 27, 2020**, all discovery shall be completed. The parties may agree to extend this discovery deadline, provided **written** notice of the extension is given to the court.

3. By **August 31, 2020**, all motions that would dispose of all or any part of this case (including motions for **summary judgment**), shall be filed. (Modification of Local Rule 56.1).

      a.    Responses to motions must be filed within twenty-one (21) days (Local Rule 7.1(e)).

      b.    The deadlines in this paragraph 3 may be extended only by formal motion to the court.

4.    If a trial is necessary, it will be scheduled by separate order.

**SO ORDERED**.

May 27, 2020.

*[signature: A. Joe Fish]*
A. JOE FISH
Senior United States District Judge