UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADVANCED PHYSICIANS, S.C. | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CONNECTICUT GENERAL LIFE | § | 3:16-CV-2355-G |
| INSURANCE COMPANY; CIGNA | § | |
| HEALTH AND LIFE INSURANCE | § | |
| COMPANY; CIGNA HEALTHCARE | § | |
| MANAGEMENT, INC.; GREAT-WEST | § | |
| HEALTHCARE-CIGNA and NFL PLAYER | § | |
| INSURANCE PLAN | § | |
| *Defendants* | § | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Advanced Physicians, S.C. ("Advanced") files this motion for summary judgment.

Advanced is entitled to summary judgment on its claims under 29 U.S.C. § 1132(a)(1)(B) because it is entitled to judgment as a matter of law.

Advanced is entitled to summary judgment on Cigna's affirmative defenses that Advanced failed to exhaust its administrative remedies, that Advanced's claims are barred by estoppel, that Advanced has waived any right to relief, that Advanced lacks standing, that Advanced's claims are barred by limitations, that latches bars Advanced's claims, and that Advanced's case is barred by the statute of frauds.

Advanced is also entitled to summary judgment on the NFL Player Insurance Plan's affirmative defenses that Advanced failed to exhaust its administrative remedies, that Advanced lacks standing, that Advanced is prohibited from recovery because of the ripeness doctrine, that Advanced's claims are barred by waiver or estoppel, that Advanced has unclean hands, that

Advanced is barred from recovery by reason of unjust enrichment, that Advanced's claims are barred by limitations, that latches bars Advanced's claims, and that Advanced failed to mitigate its damages.

Advanced is concurrently filing its brief and appendix in support of this motion.

Dated: September 22, 2020

Respectfully submitted,

 */s/ Steven E. Aldous*
Steven E. Aldous
State Bar No. 00982100
saldous@forsheyprostok.com
**FORSHEY & PROSTOK, LLP**
500 Crescent Court
Suite 240
Dallas, Texas 75201
Ph. (214) 716-2100
Fx. (817) 716-2115

Richard A. Capshaw
State Bar No. 03783800
**CAPSHAW & ASSOCIATES**
3500 Maple Ave.
Suite 1100
Dallas, Texas  75219
Telephone No.  (214) 761.6610
Telecopier No.  (214) 761.6611

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic mail by the Clerk of the Court via the ECF system, as listed below on the 22md day of September 2020.

*/s/ Steven E. Aldous*
Steven E. Aldous