UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADVANCED PHYSICIANS, S.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-2355-G |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY; CIGNA ) | |
| HEALTH AND LIFE INSURANCE ) | |
| COMPANY; CIGNA HEALTHCARE ) | |
| MANAGEMENT, INC.; GREAT-WEST ) | |
| HEALTHCARE-CIGNA and NFL ) | |
| PLAYER INSURANCE PLAN, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This judgment is entered pursuant to F. R. Civ. P. 58 and the memorandum opinion and order of this date.  For the reasons stated in that memorandum opinion and order, it is **ORDERED** that the defendants are granted judgment in this matter.

July 8, 2021.

_____
**A. JOE FISH**
**Senior United States District Judge**