UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADVANCED PHYSICIANS, S.C., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:16-CV-2355-G |
| | § | |
| vs. | § | |
| | § | |
| CONNECTICUT GENERAL LIFE | § | |
| INSURANCE COMPANY; CIGNA | § | |
| HEALTH AND LIFE INSURANCE | § | |
| COMPANY; CIGNA HEALTHCARE | § | |
| MANAGEMENT, INC.; GREAT-WEST | § | |
| HEALTHCARE-CIGNA; and NFL | § | |
| PLAYER INSURANCE PLAN, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Advanced Physicians. S.C., plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment granted to defendants in this matter on July 8, 2021.

Respectfully submitted,

 */s/ Steven E. Aldous*
Steven E. Aldous
State Bar No. 00982100
saldous@forsheyprostok.com
**FORSHEY & PROSTOK, LLP**
500 Crescent Court
Suite 240
Dallas, Texas 75201
Ph. (214) 716-2100
Fx. (817) 716-2115

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2021 a true and correct copy of the foregoing document was served on Defendants via electronic transmission through the Court's Case Management Electronic Case Filing system.

                                                */s/ Steven E. Aldous*
                                                Steven E. Aldous