# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 7, 2022
Lyle W. Cayce
Clerk

No. 21-10786

ADVANCED PHYSICIANS, *S.C.*,

       *Plaintiff—Appellant*,

versus

CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTHCARE MANAGEMENT INCORPORATED; GREAT WEST HEALTHCARE CIGNA; NFL PLAYER INSURANCE PLAN,

       *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-2355

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of March 07, 2022, pursuant to the joint motion of the parties.



**A True Copy**
**Certified order issued Mar 07, 2022**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-10786

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
      Laney L. Lampard, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 07, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-10786   Adv Physicians v. CT Gen Life Ins
                         USDC No. 3:16-CV-2355

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Laney L. Lampard, Deputy Clerk
                                  504-310-7652

cc w/encl:
    Mr. Steven Edward Aldous
    Mr. Eliot T. Burriss
    Mrs. Stacey Recht Eisenstein
    Mr. James Edward Tysse